Filed 5/11/21  P. v. Stiles CA4/2

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | E076002 |
| v. | (Super.Ct.No. FSB20000237) |
| BRUCE EDWARD STILES, | OPINION |
| Defendant and Appellant. | |

APPEAL from the Superior Court of San Bernardino County.  Donna G. Garza, Judge.  Affirmed.

Bruce Edward Stiles, in pro. per; and Robert L. Hernandez, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

On August 31, 2020, Bruce Edward Stiles withdrew his plea of not guilty and, pursuant to a plea bargain, pled no contest to one felony count of failure to update his registration as a sex offender under Penal Code section 290.012 (undesignated statutory citations are to this code).  The court pronounced judgment at the same hearing,

sentencing Stiles to the low term of one year and four months in state prison, pursuant to the plea bargain. On a subsequent date not identified in the record, Stiles moved to withdraw his plea. On October 8, 2020, the trial court denied the motion as untimely and lacking any legal basis.

On October 26, 2020, Stiles filed a notice of appeal stating that he appealed from a judgment or order entered on August 31, 2020. He did not seek a certificate of probable cause under section 1237.5. On his notice of appeal, he checked the box indicating that his "appeal is based on the sentence or other matters occurring after the plea that do not affect the validity of the plea." The clerk of the superior court accordingly did not mark his notice of appeal as "Inoperative." (Cal. Rules of Court, rule 8.304(b)(3).)

We appointed counsel to represent Stiles on appeal. After examination of the record, counsel filed an opening brief raising no issues and asking this court to review the record independently pursuant to *People v. Wende* (1979) 25 Cal.3d 436. We notified Stiles and gave him an opportunity to file a personal supplemental brief, and he has done so.

Stiles's supplemental brief essentially argues that he is innocent, and the brief does not raise any issues concerning postplea matters that do not affect the plea's validity. We consequently cannot consider the arguments raised in the supplemental brief, because Stiles did not obtain a certificate of probable cause. (Cal. Rules of Court, rule 8.304(b)(5) [if the notice of appeal states that the appeal is based on postplea matters not affecting the plea's validity, then "the reviewing court will not consider any issue affecting the validity of the plea unless" the defendant obtains a certificate of probable

2

cause].)  We also cannot review the order denying Stiles's motion to withdraw his plea, because it is not appealable.  (§ 1018 [motion to withdraw plea must be brought before judgment]; *People v. Miranda* (2004) 123 Cal.App.4th 1124, 1134 [deadline for motion to withdraw plea is jurisdictional]; *People v. Turrin* (2009) 176 Cal.App.4th 1200, 1208 [when trial court lacks jurisdiction to grant postjudgment motion, denial of motion does not affect substantial rights and hence is not an appealable postjudgment order under section 1237].)

Limiting our review to postplea matters that do not affect the plea's validity, we have examined the entire record and are satisfied that Stiles's counsel has complied with his responsibilities and that no arguable issues exist.  (*People v. Kelly* (2006) 40 Cal.4th 106, 109-110; *People v. Wende*, *supra*, 25 Cal.3d at p. 441.)

## DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

MENETREZ

J.

We concur:

FIELDS

       Acting P. J.

RAPHAEL

       J.